UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Guillermo J.C.,

      Petitioner,

vs.                            **ORDER**

Merrick B. Garland, et al.,

      Respondents.           Civ. No. 21-cv-1334 (MJD/LIB)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated November 2, 2021 recommending denial of the petition as moot as Petitioner has been removed to Mexico. No objections have been filed to that Report and Recommendation in the time period permitted.

Pursuant to statute, the Court has conducted a de novo review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, and in consideration of the applicable law, the Court will adopt the Report and Recommendation in its entirety.

**IT IS HEREBY ORDERED**:

1. Guillermo J.C.'s Petition for Writ of Habeas Corpus, [Docket No. 9], is **DENIED as moot**; and

2. This matter is **DISMISSED without prejudice**.

**LET JUDGEMENT BE ENTERED ACCORDINGLY.**

DATED: December 1, 2021　　　　　　s/Michael J. Davis
At Minneapolis, Minnesota　　　　　　Michael J. Davis
　　　　　　　　　　　　　　　　　　United States District Court